UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1857 DSD/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRY LILJEQUIST,<br><br>Defendant,<br><br>AMERICANA COMMUNITY BANK,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

TO: Terry Liljequist, defendant at 5700 Winnetka Avenue North, #104, New Hope, MN 55428
Americana Community Bank, garnishee at P.O. Box 1625, 9495 Black Oak Lane, Maple Grove, MN 55311

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about December 6, 2002.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about December 27, 2002. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts in the amounts of $180.79 in savings and $0.00 in checking.

On or about December 10, 2002, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action. The defendant has not requested such a

FILED JAN 27 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Financial Litigation Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on December 6, 2002, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: January 23, 2003

Susan Richard Nelson
Magistrate Judge
United States District Court