UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1857 DSD/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRY LILJEQUIST,<br><br>Defendant,<br><br>AMERICANA COMMUNITY BANK,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in this bank.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on or about March 12, 2004, is hereby released.

Dated: 3/17/04

Susan Richard Nelson

Magistrate Judge
United States District Court